**Opinion issued August 31, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00577-CV

———————————

**ALFREDO BARRON, Appellant**

**V.**

**RICHARD L. PFIRMAN, Appellee**

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Case No. 2018-19685

## MEMORANDUM OPINION

Appellant, Alfredo Barron, has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.